IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FREDRIC Q. KENDRICK, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No.  2:02CV1034-N |
| | ) | (WO) |
| BROADCAST MEDIA GROUP LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered on this date, it is the ORDER, JUDGMENT and DECREE of this court that plaintiff shall recover of the defendant the sum of $154,202.25 in attorneys' fees and $7,788.67 in expenses, for a total of $161,990.92,  for which execution may issue.

Done, this 20th day of September, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE